UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATONIA MCDANIELS,<br><br>           Plaintiff,<br><br>vs.<br><br>EQUITYEXPERTS.ORG, LLC AND MICHAEL NOVAK,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-3535-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Report and Recommendation, and the Court having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 14th day of July, 2020.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                  By:   s/ D. Barfield
                                                 D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 14, 2020
James N. Hatten
Clerk of Court

By:  s/ D. Barfield
       Deputy Clerk